IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03802-LTB

LINDSAY TIPPIN,

    Plaintiff,

v.

OWENS CORNING,

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 11, 2021, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, February 11, 2021.

                                         FOR THE COURT,

                                         JEFFREY P. COLWELL, Clerk

                                         By: s/E. Van Alphen
                                         Deputy Clerk